ROB BONTA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General
SOMERSET PERRY, SBN 293316
HEATHER M. LEWIS, SBN 291933
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-1008
  Fax: (510) 662-2270
  E-mail: Somerset.Perry@doj.ca.gov
  E-mail: Heather.Lewis@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**ROBERT C. FROJEN AND COLLEEN FROJEN TRUST, COLLEEN FROJEN, individually and as trustee on behalf of the ROBERT C. FROJEN AND COLLEEN FROJEN TRUST, ROBERT WINTERS, an individual, and PCA METAL FINISHING, INC., a dissolved California corporation,**<br><br>                      Defendants. | Case No. 8:22-cv-01272 DSF (KESx)<br><br>**NOTICE OF UNOPPOSED MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE**<br><br>Date:      November 14, 2022<br>Time:     1:30 p.m.<br>Courtroom: 7D, 7th Floor<br>Judge:    Hon. Dale S. Fischer |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that at 1:30 p.m. on November 14, 2022, or as soon thereafter as this matter may be heard, Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account will and hereby do move for an order of this Court approving the proposed Consent Decree between Plaintiffs and Defendants Robert C. Frojen and Colleen Frojen Trust, Colleen Frojen, individually and as trustee on behalf of the Robert C. Frojen and Colleen Frojen Trust, Robert Winters, an individual, and PCA Metal Finishing, Inc., a dissolved California corporation.

This proposed Consent Decree was lodged with this Court on July 21, 2022. Plaintiffs seek entry of this consent decree on the grounds that it is reasonable, fair, and consistent with the purposes that the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601-9675, is intended to serve. The proposed Consent Decree requires each Settling Defendant to pay a portion of Plaintiffs' response costs incurred at the Site.

This motion is made following the conference of counsel pursuant to Local Rule 7.3, which took place on October 14, 2022. At the conference of counsel, counsel for Defendants informed counsel for Plaintiffs that Defendants do not oppose this motion.

This Motion will be based on this Notice, the Memorandum of Points and Authorities, the Declarations of Farah Itani and Christopher Kane, filed concurrently wherewith, and such other papers and argument as may be presented to the Court.

| | | |
|---|---|---|
| 1 | Dated: October 17, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | DAVID A. ZONANA<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Heather M. Lewis* |
| 6 | | HEATHER M. LEWIS<br>SOMERSET PERRY |
| 7 | | Deputy Attorneys General<br>*Attorneys for Plaintiffs* |
| 8 | | *California Department of Toxic Substances Control and the Toxic Substances Control Account* |