UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT C. FROJEN AND COLLEEN FROJEN TRUST, COLLEEN FROJEN, individually and as trustee on behalf of the ROBERT C. FROJEN AND COLLEEN FROJEN TRUST, ROBERT WINTERS, an individual, and PCA METAL FINISHING, INC., a dissolved California corporation,**<br><br>Defendants. | Case No. 8:22-cv-01272 DSF (KESx)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE**[1] |

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for November 14, 2022 is removed from the Court's calendar.

1   The Court, having reviewed the unopposed motion of Plaintiffs California
2   Department of Toxic Substances Control and the Toxic Substances Control
3   Account for Judicial Approval of Consent Decree, and having considered the
4   evidence and the written submissions by the parties, finds that the proposed
5   Consent Decree with Defendants Robert C. Frojen and Colleen Frojen Trust,
6   Colleen Frojen, Robert Winters, and PCA Metal Finishing, Inc. is reasonable, fair,
7   and consistent with the purposes that the Comprehensive Environmental Response,
8   Compensation, and Liability Act, 42 U.S.C. §§ 9601–9675 is intended to serve. The
9   Court also finds that Plaintiffs have given proper notice to interested parties.

    Plaintiffs' Unopposed Motion for Judicial Approval of Consent Decree is granted, and the Consent Decree with Robert C. Frojen and Colleen Frojen Trust, Colleen Frojen, Robert Winters, and PCA Metal Finishing, Inc. is approved.

    IT IS SO ORDERED.

DATED: November 8, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE